YORK REALTY COMPANY, a corporation, *Plaintiff in Error*, vs. THE SEABOARD OIL COMPANY, a corporation, *Defendant in Error*.

143 So. 128.

En Banc.
Decision filed July 22, 1932.
Petition for rehearing denied September 27, 1932.

*G. H. Martin,* of Fort Lauderdale, for Plaintiff in Error;
*Julian Hartridge, of Jacksonville,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in said judgment. It is therefore considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

BUFORD C.J., AND ELLIS AND BROWN, J.J., concur.